WILLIAM S. BRODY (SBN 136136)
  Email: wbrody@buchalter.com
POOYA E. SOHI (SBN: 241574)
  Email: psohi@buchalter.com
RUSSELL L. ALLYN (SBN: 14353)
  Email: rallyn@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff,
BANK OF HOPE, a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff BANK OF HOPE, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>YICIF, LLC, a New York limited liability company; CROWN AIR, LLC, a Wyoming limited liability company; 100 MILLION, LLC, a Delaware limited liability company; 100 MILL, LLC, a Delaware limited liability company; YES I CAN LICENSED BEHAVIOR ANALYST PLLC, a New York limited liability company; SIMCHA FELLER, an individual; ITA FELLER, an individual; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No: 2:24-cv-08061-MRA-RAO<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRITS OF ATTACHMENT AGAINST DEFENDANTS**<br><br><u>Hearing Information</u><br>Date: December 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 10B |

Plaintiff Bank of Hope ("Plaintiff") respectfully submits the following Notice of Non-Opposition to Plaintiff's Applications for Right to Attach Orders and Issuance of Writs of Attachment against Defendants.

On October 21, 2024, Plaintiff filed the Applications and related Notices of Application, Memorandum of Points and Authorities, and Declaration in support thereof (collectively, the "Applications") against Defendants YICIF, LLC, 100 Mill LLC, 100 Million LLC, Crown Air LLC, Yes I Can Behavior Analyst PLLC, Ita Feller, and Simcha Feller (collectively, "Defendants"). *See* Dkt. Nos. 14-30. The hearing on the Applications is set for December 11, 2024.

On November 6, 2024, Plaintiff caused the Summons and Complaint along with the Applications to be personally served on Defendants. Dkt. Nos. 40-46. Defendants did not file and serve any response or opposition to the Applications by the mandated deadline, and to date, Defendants still have not filed and served any opposition. As such, and for the reasons set forth in the Applications, Plaintiff respectfully requests that the Court enter the Right to Attach Orders and Writs of Attachment.

DATED: December 2, 2024

Respectfully submitted,

BUCHALTER
A Professional Corporation

By: */s/ Pooya E. Sohi*
WILLIAM S. BRODY
POOYA E. SOHI
RUSSELL L. ALLYN
Attorneys for Plaintiff,
BANK OF HOPE